UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No. 1:16-cv-21539

**ROSA CARBONELL,**
**on behalf of herself and all others**
**similarly situated,**

**Plaintiff,**
**v.**

**STANLEY M. GLASER,**
**d/b/a GLASER ORGANIC FARMS,**

**Defendant.**

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Rosa Carbonell hereby responds to the Court's order to show cause of May 27, 2016.

Plaintiff has contacted Defendant's counsel Frank Henry,[1] who has signed a waiver of summons on behalf of defendant Stanley M. Glaser on this matter. See Docket Entry No. 9.

Respectfully submitted,

*/s/Victoria Mesa-Estrada*
Victoria Mesa-Estrada
Florida Bar Number 076569
MESA-ESTRADA LAW, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida 33426
Telephone: (561) 880-8062
Facsimile: (561) 582-4884
e-mail: victoria@mesaestradalaw.com

Gregory S. Schell
Florida Bar Number 287199

---

[1] Attorney Frank Henry represents Defendant Glaser in several related cases before the Court. See *Velasquez v. Glaser*, No. 1:15-cv-24224-KMW and *EEOC v. Glaser*, No. 1:15-cv-23642.

Migrant Farmworker Justice Project
Florida Legal Services, Inc.
Post Office Box 32159
Palm Beach Gardens, Florida 33420
Telephone: (561) 582-3921
Facsimile: (561) 328-3814
e-mail: greg@Floridalegal.Org