UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21539-UU

ROSA ELVIA CARBONELL,

    Plaintiff,

v.

STANLEY M. GLASER,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to the Court's Order on Setting Initial Planning and Scheduling Conference, D.E. 5, the parties' Joint Planning and Scheduling Report was due on July 1, 2016. No such report or request for an extension of time has been filed. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause, by **Monday, July 11, 2016**, for why it has not filed a Joint Planning and Scheduling Report. Alternatively, it may file the parties' Report by that date. **Failure to abide by this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this \_5th\_\_ day of July, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record