UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 1:16-21539-CV-UNGARO

| | |
|---|---|
| ROSA CARBONELL, <br> on behalf of herself and all others <br> similarly situated, <br>         **Plaintiff,** <br> v. <br> STANLEY M. GLASER, <br> d/b/a GLASER ORGANIC FARMS, <br>         **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (Docket Entry 11)**

    In an effort to comply with the Court's Order Setting Initial Planning and Scheduling Conference (Docket Entry 5), the Plaintiff's counsel contacted attorney Frank Henry to arrange for a conference to prepare a joint planning and scheduling report.  Attorney Henry executed the waiver of summons and service on behalf of Defendant Glaser (Docket Entry 9).  According to attorney Henry, Glaser declines at this time to participate in the planning and scheduling conferences conference because he has yet to formally appear in the case and has yet to file his answer or affirmative defenses.

    Despite Glaser's non-participation, the Plaintiff has prepared the accompanying unilateral planning and scheduling report and proposed scheduling order based on the information available to her at this time.

- 2 -

Respectfully submitted,

*/s/ Gregory S. Schell*
Florida Bar Number 287199
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
Post Office Box 32159
Palm Beach Gardens, Florida  33420
Telephone:     (561) 582-3921
Facsimile:      (561) 328-3814
e-mail: greg@Floridalegal.Org



Victoria Mesa
Florida Bar Number 076569
MESA-ESTRADA LAW, P.C.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida  33426
Telephone:     (561) 880-8062
Facsimile:      (561) 582-4884
e-mail: victoria@mesaestradalaw.com


*Attorneys for Plaintiff*