## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21539-UU

ROSA ELVIA CARBONELL,

    Plaintiff,

v.

STANLEY M. GLASER,

    Defendant.

_____/

### ORDER RESETTING PLANNING & SCHEDULING CONFERENCE

THIS CAUSE is hereby re-set for an Initial Planning and Scheduling Conference before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida, on **Friday, August 12, 2016**, at 10:30 A.M.

DONE AND ORDERED in chambers at Miami, Florida this __11th_ day of July, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record