UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21539-UU

ROSA ELVIA CARBONELL,

    Plaintiff,

v.

STANLEY M. GLASER,

    Defendant.

_____/

### ORDER TO DEFENDANT TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 13, 2016, the Court issued its Order on Setting Initial Planning and Scheduling Conference, D.E. 5, requiring that the parties file a Joint Planning and Scheduling Report no later than July 1, 2016. The parties did not timely file their Joint Planning and Scheduling Report, prompting the Court to issue an Order to Show Cause. D.E. 11. On July 8, 2016, in response to the Court's Order to Show Cause, Plaintiff filed a unilateral Scheduling Report after representing that Defendant "declines at this time to participate in the planning and scheduling conferences [*sic*] conference because he has yet to formally appear in this case and has yet to file his answer or affirmative defenses." D.E. 12.

This is unacceptable. Defendant executed a waiver of service on June 9, 2016, and Defendant must comply with this Court's Orders. Moreover, Rule 26(f) requires that the parties confer to provide initial disclosures "as soon as practicable--and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)." Fed. R. Civ. P. 26(f). Accordingly, it is

ORDERED AND ADJUDGED that Defendant SHALL show good cause, by **Friday, August 5, 2016**, as to why he refuses to confer with Plaintiff, in violation of this Court's Orders and Federal Rule of Civil Procedure 26. Alternatively, Defendant may confer with Plaintiff and file the parties Joint Scheduling Report by that date. **Failure to abide by this Order will result in entry of default against Defendant without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this _26th_ day of July, 2016.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record;
Stanley M. Glaser, *via counsel* Frank Henry, 10800 Biscayne Boulevard, Suite 410, Miami, FL 33161-7806.