UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-21539-UU

ROSA CARBONELL,
On behalf of herself and all others
similarly situated,

    Plaintiff,
v.

STANLEY M. GLASER,
d/b/a GLASER ORGANIC FARMS,

    Defendant.
_____/

## DEFENDANT'S SHOWING OF GOOD CAUSE

Defendant, Stanley M. Glaser, d/b/a Glaser Organic Farms, through his undersigned counsel, Bluerock Legal, P.A., and pursuant to this Court's Order dated July 26, 2016 [D.E. 14], hereby files and serves this Showing of Good Cause.

Plaintiff filed a unilateral scheduling report on July 8, 2016. Plaintiff did not, however serve the document on Defendant. Plaintiff said in that filing that "Glaser declines at this time to participate in the planning and scheduling conferences conference [sic] because he has yet to formally appear." [D.E. 12 at p. 1] That is not a true statement.

Plaintiff's counsel, Victoria Mesa Estrada, mentioned the Court's Order to Show Cause [D.E. 11] at a deposition in a related case a short time after the Court issued the Order. I told Ms. Mesa that we would be happy to talk about deadlines. I told Ms. Mesa that we were sensitive to any filing with the Court in that we had not filed a responsive pleading to the Complaint and did

not want to waive any defenses under Rule 12(b), Fed. R. Civ. P., by not including them in our first responsive pleading.

Ms. Mesa said that she understood and agreed. We never had another conversation about the issue and Ms. Mesa never asked our opinion regarding the unilateral scheduling report that she filed. In fact the document was never even served on us. In fact we did not know that Ms. Mesa filed it until we checked the Court file having received the present Order to Show Cause. [1]

In the meantime, having received the present Order to Show Cause, Defendant prepared the attached proposed Joint Scheduling Report and transmitted it to Ms. Mesa on July 27, 2016. I sent Ms. Mesa another email asking about the report on July 28, 2016. Ms. Mesa responded that she would "get back to you when we have an opportunity to review." I asked Ms. Mesa about the report at a deposition on August 1. Ms. Mesa said that she would review it and give us comments by the end of the day.

Now five days later and concerned that the deadline to submit a scheduling report is approaching, Defendant submits this Showing of Good Cause. We have never refused to confer on the present issue or any other issue.

BLUEROCK LEGAL, P.A.
Counsel for Defendant
10800 Biscayne Boulevard, Suite 410
Miami, FL 33161
Phone:  (305) 981-4300
Fax:     (305) 981-4304
E-mail: fhenry@bluerocklegal.com
              dgonzalez@bluerocklegal.com

By:___/s/ Frank H Henry_____
     Frank H. Henry
     Florida Bar No. 956554
     Daniel Gonzalez
     Florida Bar No. 118696

---

[1] Defendant filed his Motion to Dismiss Complaint on July 29, 2016 [D.E. 15], and we are now receiving Court filings via the Clerk's ECF systems.

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sending a notice of electronic filing to counsel on the attached service list on August 2, 2016.

                                              /s/ Frank H. Henry
                                              Frank H. Henry

**SERVICE LIST**

Victoria Mesa-Estrada
Florida Bar Number 076569
Mesa-Estrada Law, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida 33426
Tel: (561) 880-8062
Fax: (561) 582-4884
Email: victoria@mesacoelaw.com
Co-Counsel for Plaintiff

Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
Post Office Box 32159
Palm Beach Gardens, Florida 33420
Tel: (561) 582-3921
Fax: (561) 328-3814
e-mail: greg@Floridalegal.Org
Co-Counsel for Plaintiff

Frank H. Henry (FBN 956554)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida  33161
Telephone: (305) 981-4300
Facsimile:  (305) 981-4304
Email:  fhenry@bluerocklegal.com
Counsel for Defendant

Daniel Gonzalez (FBN 118696)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida  33161
Telephone: (305) 981-4300
Facsimile:  (305) 981-4304
Email:  dgonzalez@bluerocklegal.com
Counsel for Defendant