UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No. 1:15-cv-21539-UU

ROSA CARBONELL,                              )
On behalf of herself and all others          )
similarly situated,                          )
                                             )
            Plaintiff,                       )
    v.                                       )
                                             )
STANLEY M. GLASER,                           )
d/b/a GLASER ORGANIC FARMS,                  )
d/b/a GLASER FARMS                           )
                                             )
            Defendant.                       )
_____              )

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

PLEASE TAKE NOTICE that Plaintiff hereby requests the substitution of counsel of the following attorney:

>Gregory S. Schell
>FBN: 287199
>Florida Legal Services, Inc.
>P.O. Box 32159
>Palm Beach Gardens, FL   33420
>Telephone:    (561) 582-3921
>Email: greg@floridalegal.org

In his place, Plaintiff requests substitution of the following attorney:

>Robert K. Dwyer, Esq.
>FBN: 894257
>Florida Legal Services
>14260 W. Newberry Rd. Ste. 14260
>Newberry, FL 32669
>(352) 375-2494 extension 1002
>Email: Robert@floridalegal.org

      This constitutes the Notice of Appearance of Robert K. Dwyer for the Plaintiff in the above styled cause of action.

       s/ *Robert K. Dwyer*
Robert K. Dwyer, Esq.
FBN: 894257
Florida Legal Services
14260 W. Newberry Rd. Ste. 14260
Newberry, FL 32669
(352) 375-2494 extension 1002
Email: Robert@floridalegal.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which served notice of electronic filing to counsel on the following service list on August 7, 2016.

*/s/ Robert K. Dwyer*
Robert K. Dwyer

## SERVICE LIST

Victoria Mesa
Mesa-Estrada Law, P.A.
1880 N. Congress Avenue
Suite 205
Boynton Beach, FL 33426
Counsel for Plaintiff

Robert K. Dwyer, Esq.
Florida Legal Services
14260 W. Newberry Rd. Ste. 14260
Newberry, FL 32669
Counsel for Plaintiff

Frank H. Henry
BLUEROCK LEGAL, P.A.
Suite 410
10800 Biscayne Boulevard
Miami, Florida 33161
Counsel for Defendant

Daniel Gonzalez
BLUEROCK LEGAL, P.A.
Suite 410
10800 Biscayne Boulevard
Miami, Florida 33161
Counsel for Defendant